**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>v.<br><br>5 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA; AND ARTURO RAPHAEL BENITEZ; et al.,<br><br>        DEFENDANTS. | ) Case No. 5:19-CV-00645-JGB-SP$_X$<br>)<br>)<br>) [[PROPOSED]]<br>) **FINDINGS OF FACT AND**<br>) **CONCLUSIONS OF LAW**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      Before the Court is the United States' Unopposed Motion for a Determination of Just Compensation and Title, Entry of Stipulation as to Just Compensation, and Entry of Judgment. The United States has recommended that the Court find the title owner of the property, as of the date of taking, was Arturo Raphael Benitez. Documentary evidence and testimony was presented by the United States in support of its motion at a hearing. Having considered the motion, the Court makes the following findings of fact:

    1. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

2. This is an eminent domain action brought pursuant to 40 U.S.C. §§ 3113 and 3114 to acquire 5 acres of land, more or less, in San Bernardino County, California.

3. As evidenced by a Grant Deed, recorded on December 29, 2005, as Document No. 2005-0987068 of San Bernardino records, Exhibit A to the Memorandum in Support of Motion for a Determination of Just Compensation and Title, Entry of Stipulation as to Just Compensation, and Entry of Judgment, Arturo Raphael Benitez is the owner of the subject to this condemnation proceeding (the "Subject Property").

4. Other parties who have or may claim an interest in the parcels are as follows:

    a. Esther Benitez

    b. San Bernardino County Auditor-Controller/Treasurer/Tax Collector, Taxing Authority

5. The United States negotiated with Arturo Raphael Benitez and Esther Benitez and came to an agreement that just compensation for the Subject Property is $20,028.19.

6. The United States filed this action to acquire the Subject Property, thereby clearing title and allowing payment to the.

7. Arturo Raphael Benitez and Esther Benitez waived service of process. Dkt. Nos. 12-13.

8. San Bernardino County Auditor-Controller/Treasurer/Tax Collector, Taxing Authority waived serviced (Dkt. No. 8) and disclaimed any interest it may have in the property (Dkt. No. 10).

9. On July 18, 2019, the United States deposited $20,028.19 as estimated just compensation. Dkt. No. 17.

10. Service of process is complete.

Based upon the foregoing findings of fact, the Court concludes:

1. The owner of the taken property, on the date of taking, was Arturo Raphael Benitez.

2. Title to the Subject Property transferred to the United States upon the filing of the Declaration of Taking and the deposit of estimated just compensation, as provided by 40 U.S.C. § 3114(b).

3. The full just compensation payable by Plaintiff, United States of America, for the taking of the property identified in the Complaint and Declaration of Taking (Dkt. Nos. 1 and 3) filed herein shall be the sum of $20,028.19, inclusive of interest.

4. Final Judgment will be entered against the United States in the sum of $20,028.19 (said sum being full and just compensation) in full

satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and the taking of the said lands and all appurtenances thereunto.

5. That $20,028.19 is to be allocated to Arturo Raphael Benitez as full and just compensation for the Subject Property. The Clerk of the Court is to draw a check and make the following distribution to the entitled owner whose address is known:

1. Arturo Raphael Benitez – $20,028.19, together with any apportioned interest accrued thereon while in the Registry of the Court, by check made payable to Arturo Raphael Benitez, 26156 Coronada Drive, Moreno Valley, CA 92555-1829.

It is **SO ORDERED** on this 29 day of July, 2019.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE