UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>5 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA; ARTURO RAPHAEL BENITEZ; ESTHER BENITEZ; SAN BERNARDINO COUNTY AUDITOR-CONTROLLER TREASURER TAX COLLECTOR,<br><br>Defendants. | Case No. EDCV 19-645 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Order for Determination of Just Compensation and Title is GRANTED. Final judgment is entered against the United States of America in the sum of $20,028.19. This action is dismissed with prejudice.

Dated: July 29, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge