cc: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>5 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA; ARTURO RAPHAEL BENITEZ; ESTHER BENITEZ; SAN BERNARDINO COUNTY AUDITOR-CONTROLLER TREASURER TAX COLLECTOR,<br><br>Defendants. | Case No. EDCV 19-645 JGB (SPx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Order for Determination of Just Compensation and Title is GRANTED. Final judgment is entered against the United States of America in the sum of $20,028.19. Possession of the Property is transferred to the United States. This action is dismissed with prejudice.

Dated: July 30, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge